

# NUMBER 13-24-00225-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**LAURIE G. SIMMONS,**                                                                 **Appellant,**

**v.**

**PORTFOLIO RECOVERY
ASSOCIATES, LLC ASSIGNEE OF
FIA CARD SERVICES, N.A. (MBNA)**                                   **Appellee.**

---

## ON APPEAL FROM THE COUNTY COURT AT LAW NO. 1
## OF CAMERON COUNTY, TEXAS

---

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Tijerina and Peña
Memorandum Opinion by Chief Justice Contreras**

This matter is before the Court on appellant's correspondence dated May 24, 2024 requesting the notice of appeal to be withdrawn which we construe as a motion to dismiss. It appears the parties have reached an agreement, and appellant wishes to withdraw or dismiss her appeal.

Having considered appellant's motion to dismiss, we are of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, appellant's motion to dismiss is granted, and the appeal is hereby dismissed. Costs will be taxed against the appellant. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Because the appeal is dismissed at the appellant's request, no motion for rehearing will be entertained.

DORI CONTRERAS
Chief Justice

Delivered and filed on the
28th day of August, 2024.